PHILLIP A. TALBERT
Acting United States Attorney
JOHN E. SCANLON
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:97-mj-00239-GGH |
|---|---|---|
| Plaintiff, | ) | [Proposed] ORDER TO DISMISS |
| v. | ) | |
| DANIELLE D. FERKEL, | ) | |
| Defendant. | ) | |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:97-mj-00239-GGH without prejudice is GRANTED.

IT IS SO ORDERED.

Dated: December 21, 2021

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE